NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DWA HOLDINGS LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2017-1358

_____

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00824-NBF, Senior Judge Nancy B. Firestone.

_____

**ON MOTION**

_____

Before PROST, *Chief Judge,* O'MALLEY and TARANTO, *Circuit Judges.*

PER CURIAM.

**O R D E R**

On May 25, 2018, Defendant-Appellee the United States filed an Unopposed Motion to Correct the Opinion ("Motion") that the court issued on May 9, 2018. *See* Mot., *DWA Holdings LLC v. United States* (May 25, 2018), ECF

No. 42.  The court, having reviewed the Motion, finds good cause to grant in part the relief requested therein and shall issue a modified version of its precedential opinion along with this Order.

IT IS ORDERED THAT:

The United States' Unopposed Motion to Correct the Opinion is granted in part.  The court shall vacate the opinion and judgment issued May 9, 2018, and issue a modified version of the May 9, 2018 precedential opinion, deleting the requested clause and replacing it with the phrase "that were disseminated to the public."  A new judgment shall issue as of the date of issuance of the modified opinion.

FOR THE COURT

  May 30, 2018                    /s/ Peter R. Marksteiner
       Date                       Peter R. Marksteiner
                                  Clerk of Court